May 06, 2008

Mr. Thomas Wayne McKenzie
Attorney at Law
1800 North Norwood Drive, Suite 100
Hurst, TX 76054

Honorable Phillip Andrew Sorrells
County Criminal Court at Law No. 10
401 W Belknap St
Fort Worth, TX 76196
Mr. Michael Kiousis Kallas
Boyle & Lowry, L.L.P.
4201 Wingren, Suite 108
Irving, TX 75062

Honorable Vincent Sprinkle
County Court at Law No. #3
Tarrant County Courthouse
Fort Worth, TX 76102

RE: Case Number: 08-0336
 Court of Appeals Number: 02-07-00400-CV
 Trial Court Number: 06-45286-3

Style: IN RE JASON LOBAN

Dear Counsel:

 The Supreme Court of Texas granted Relator's Emergency Motion for
Temporary Relief and issued the enclosed stay order. The Court requests
that real party in interest file a response to the petition for writ of
mandamus in the above-referenced case. The response is due to be filed in
this office no later than 3:00 p.m., May 12, 2008. Email is acceptable
with hard copies to follow. PLEASE NOTE Tex. R. App. P. 9.2(b), does not
apply. There is no filing fee associated with this requested response.
 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Stephanie |
| |Robinson |
| |Ms. Suzanne |
| |Henderson |